IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02381-REB-BNB

CHARLES MORGAN,

Plaintiff,

v.

UNITED STATES,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate Scheduling Conference** (the "Motion"), filed on April 14, 2006.

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for April 21, 2006, is **vacated and reset to June 12, 2006, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **June 5, 2006**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  April 17, 2006