**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 05-cv-02381-REB-BNB

CHARLES MORGAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

### ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter comes before the court on the **Unopposed Motion To Dismiss** [#35], filed June 22, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Dismiss** [#35], filed June 22, 2007, is **GRANTED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That the jury trial set to commence July 9, 2007, is **VACATED**.

Dated June 25, 2007, at Denver, Colorado.

                            **BY THE COURT:**

                            **s/ Robert E. Blackburn**
                            **Robert E. Blackburn**
                            **United States District Judge**